# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**CITY OF LANSING**,

    Plaintiff,

v.

**MERICA MEDIA GROUP**, **MICHAEL LYNN**, and **ERICA LYNN**,

    Defendants.

Case No. 1:23-cv-1164

Hon. Paul L. Maloney

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, in addition to the methods described in the Certificate of Service filed on November 2, 2023, I hand delivered a copy of the Notice of Removal to the Ingham County Circuit Court Clerk at approximately 2:00 p.m. via the drop box located in the Clerk's office at the address set forth below. Per the notice on the drop box, all documents filed before 4:00 p.m. would be file stamped that day. As of the time of filing this Certificate of Service, the Ingham County Clerk's office has not placed the Notice of Removal on its Electronic Court Record Search website.

Dated: November 6, 2023          */s/ Elizabeth K. Abdnour*
                                           Elizabeth K. Abdnour

Ingham County Circuit Court Clerk
Veterans Memorial Courthouse
313 W Kalamazoo St, 1st Floor
Lansing, MI 48933