# EXHIBIT
# B

