UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| CITY OF LANSING,<br><br>        Plaintiff,<br>v.<br><br>MERICA MEDIA GROUP,<br>MICHAEL LYNN,<br>ERICA LYNN.<br><br>        Defendants. | Case No. 1:23-cv-01164<br><br>Hon. Paul L. Maloney |

| | |
|---|---|
| James D. Smiertka (P20608)<br>F. Joseph Abood (P42307)<br>Amanda K. O'Boyle (P81925)<br>Matthew D. Staples (P84571)<br>*Attorneys for Defendants City of Lansing,*<br>*Sagar Kandel, Jameil Bakri, Stephanie*<br>*Kennedy, Aaron Bush, and Christie Chiles*<br>124 W. Michigan Ave., 5th Floor<br>Lansing, MI 48933<br>(517) 483-4320<br>CityAtty@lansingmi.gov | Elizabeth K. Abdnour (P78203)<br>Abdnour Weiker LLP<br>*Attorney for Defendants*<br>500 E. Michigan Ave., Ste 130<br>Lansing, MI 48912<br>(517) 994-1776<br>Liz@education-rights.com |

**CERTIFICATE OF CONCURRANCE FOR PLAINTIFF'S MOTION TO EXTEND EXISTING TEMPORARY RESTRAINING ORDER**

      Plaintiff, City of Lansing, has sought concurrence in the relief requested in Plaintiff's Motion to Extend the Existing Temporary Restraining Order as follows:

1. Counsel for Plaintiff sought concurrence from Defense Counsel via email to liz@education-rights.com.

2. Defendants' Counsel did not consent to an extension of the TRO.

3. Defendants' Counsel indicated she did not concur with the Motion.

4. Counsel for Defendants certify that the above effort constitutes an attempt at compliance with W.D. LCivR. 7.1(d).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  <u>November 15, 2023</u> | By:<u>/s/Matthew D. Staples</u><br>Matthew D. Staples (P84571)<br>*Attorney for Plaintiff*<br>124 W. Michigan Ave., 5th Floor<br>Lansing, MI 48933<br>(517) 483-4320 |

2