UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CITY OF LANSING,

        Plaintiff,

v.

MERICA MEDIA GROUP,
MICHAEL LYNN,
ERICA LYNN.

        Defendants.

Case No. 1:23-cv-01164

Hon. Paul L. Maloney

---

| | |
|---|---|
| James D. Smiertka (P20608)<br>F. Joseph Abood (P42307)<br>Amanda K. O'Boyle (P81925)<br>Matthew D. Staples (P84571)<br>*Attorneys for Defendants City of Lansing,*<br>*Sagar Kandel, Jameil Bakri, Stephanie*<br>*Kennedy, Aaron Bush, and Christie Chiles*<br>124 W. Michigan Ave., 5th Floor<br>Lansing, MI 48933<br>(517) 483-4320<br>CityAtty@lansingmi.gov | Elizabeth K. Abdnour (P78203)<br>Abdnour Weiker LLP<br>*Attorney for Defendants*<br>500 E. Michigan Ave., Ste 130<br>Lansing, MI 48912<br>(517) 994-1776<br>Liz@education-rights.com |

## CERTIFICATE OF COMPLIANCE

Matthew D. Staples, counsel for Plaintiff, hereby certifies that the Plaintiff's Brief in support of Plaintiff's Motion for Extension of the Temporary Restraining Order contains 2,224 words, using Microsoft Office 365, in compliance with W.D. LCivR 7.2(b)(i).

Dated:  August 11, 2023

Respectfully submitted,
By:/s/Matthew D. Staples
Matthew D. Staples (P84571)
*Attorneys for Defendants City of Lansing,*
*Sagar Kandel, Jameil Bakri, Stephanie*
*Kennedy, Aaron Bush, and Christie Chiles*
124 W. Michigan Ave., 5th Floor
Lansing, MI 48933
(517) 483-4320