UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CITY OF LANSING,

        Plaintiff,

v.

MERICA MEDIA GROUP,
MICHAEL LYNN,
ERICA LYNN.

        Defendants.

Case No. 1:23-cv-01164

Hon. Paul L. Maloney

---

| | |
|---|---|
| James D. Smiertka (P20608) <br> F. Joseph Abood (P42307) <br> Amanda K. O'Boyle (P81925) <br> Matthew D. Staples (P84571) <br> *Attorneys for Defendants City of Lansing, Sagar Kandel, Jameil Bakri, Stephanie Kennedy, Aaron Bush, and Christie Chiles* <br> 124 W. Michigan Ave., 5th Floor <br> Lansing, MI 48933 <br> (517) 483-4320 <br> CityAtty@lansingmi.gov | Elizabeth K. Abdnour (P78203) <br> Abdnour Weiker LLP <br> *Attorney for Defendants* <br> 500 E. Michigan Ave., Ste 130 <br> Lansing, MI 48912 <br> (517) 994-1776 <br> Liz@education-rights.com |

## **INDEX OF EXHIBITS**

**Exhibit A**                                      Resolution 617

**Exhibit B**                                        City Seal

**Exhibit C**                                        Vote Yes Flyer

**Exhibit D**                                        Dawson v. City of Grand Haven

**Exhibit E**                                        Defendants' response to cease and desist letter

**Exhibit F**                                        Defendants' Facebook Post referencing First Amendment