# EXHIBIT

# A

Oct. 17, 1994

CEEDING 438

RESOLVED BY THE CITY COUNCIL OF THE CITY OF LANSING

THAT the regular scheduled meeting of the Lansing City Council on October 31, 1994, at 7:00 p.m., in the Tenth Floor Chambers of Lansing City Hall is hereby changed by an affirmative vote of the Committee of the Whole to Tuesday, November 1, 1994, at 7:00 p.m., in the Tenth Floor Chambers of Lansing City Hall. The City Clerk is directed to take the necessary steps in compliance with the Open Meetings Act.

By Councilmember Benavides

ADOPTED BY THE FOLLOWING VOTE:

NAYS: 1 (Councilmember Beal Absent)

**RESOLUTION #616**
**BY THE COMMITTEE OF THE WHOLE**

RESOLVED BY THE CITY COUNCIL OF THE CITY OF LANSING

WHEREAS, in conjunction with National Make A Difference Day and National Learning Disabilities Month, the first annual Learning Disabilities Awareness Walk/Run will be held on Saturday, October 22, 1994; and

WHEREAS, this non-competitive 5K walk/run will kick off at 10 AM at the Potter Park Zoo entrance and use the eastern portion of the River Trail; and

WHEREAS, proceeds from this family-oriented event will benefit Learning Disabilities Families and Friends, a non-profit volunteer organization formed in Lansing in 1989 and dedicated to promoting learning disability awareness;

NOW, THEREFORE, BE IT RESOLVED the Lansing City Council hereby encourages the People of the Capital City to 'Make a Difference' on Saturday, October 22, 1994, by participating in or supporting the first annual Learning Disabilities Awareness Walk/Run.

By Councilmember Benavides

ADOPTED BY THE FOLLOWING VOTE:

YEAS: 7

NAYS: 1 (Councilmember Beal absent)

**RESOLUTION #617**
**BY COMMITTEE OF THE WHOLE**

**RESOLVED BY THE CITY COUNCIL OF THE CITY OF LANSING**

WHEREAS, the Mayor has proposed adopting a new logo and City Seal in conjunction with the development of a new positive image for the City of Lansing; and

WHEREAS, the design of the proposed logo and City Seal has been examined and approved by the Committee on Ways and Means, the Committee on General Services, and the Committee of the Whole;

NOW, THEREFORE, BE IT RESOLVED the Lansing City Council, sitting in regular session this 17th day of October, 1994, hereby approves the Mayor's design for use as the official logo and Seal of the City of Lansing; and

BE IT FURTHER RESOLVED the City Clerk is authorized to adapt the design for use as the new City Seal for official authentication and certification of documents and all such other uses of the City Seal as are customary.

By Councilmember Benavides

ADOPTED BY THE FOLLOWING VOTE:

YEAS: 7

NAYS: 1 (Councilmember Beal absent)

439 COUNCIL PROCEE

Item XII D-7. A Resolution of Tribute to Michael Welch, was pulled from the Agenda at the request of Councilmember Brockwell and held for presentation at next week's meeting

ORDINANCES FOR INTRODUCTION

There were no Ordinances for Introduction

ORDINANCES FOR PASSAGE

There were no Ordinances for Passage

CONSIDERATION OF LATE ITEMS

1. From Councilmember Allen; a request for the installation of street lighting on Sycamore St. between Washington and Allegan from Richard Burch of P.O. Box 17074

REFERRED TO THE COMMITTEE ON PUBLIC SAFETY
AND THE BOARD OF WATER AND LIGHT

2. From Councilmember Allen; a letter from Gary Ferris of 4113 Hillborn Ln. requesting the installation of street lighting in the Wainwright Park area

REFERRED TO THE COMMITTEE ON PUBLIC SAFETY
AND THE BOARD OF WATER AND LIGHT

3. From Councilmember Allen; a letter from Joyce and Irvin Schirado of 716 Samantha containing Petition signatures of 21 residents in the area of Samantha and Emily streets requesting the installation of stop signs at the north and south corners of the S. Cedar St. service road

REFERRED TO THE TRAFFIC BOARD AND
THE COMMITTEE ON PUBLIC SAFETY

4. From Councilmember Benavides; a letter from Mayor Hollister requesting a transfer of funds from the proceeds of the sale of the Filley St. property

REFERRED TO THE COMMITTEE ON WAYS AND MEANS

5. From Councilmember Benavides; a resolution authorizing payment of a judgement in the matter of Indiana Insurance Co. vs City of Lansing

REFERRED TO THE COMMITTEE ON WAYS AND MEANS

6. From Councilmember Benavides; a letter from Assistant City Attorney Burt Burleson requesting an audit and investigation into grant funded positions

REFERRED TO THE COMMITTEE ON WAYS AND MEANS

7. From Councilmember Lilly; a letter from Council Staff requesting a change to Council Rule #19 regarding the deadline for submission of Agenda Items to the City Clerk's Office

REFERRED TO THE COMMITTEE ON GENERAL SERVICES

COUNCILMEMBER'S COMMENTS

Councilmember Beal confirmed the regularly scheduled meeting of the Public Services Committee tomorrow at 4:15 P.M. They will