# EXHIBIT C

Case 1:23-cv-01184-PLM-PJG   ECF No. 1-4, PageID.96   Filed 11/15/23   Page 2 of 2


