# **EXHIBIT**

# **F**

3:43 

 **Merica 20 to Life** is at **City of Lansing, Michigan - Government.**

Oct 25 · Lansing ·

 Breaking News! 

Did the City Of Lansing just threaten us with violating our 1st Amendment rights? Tonight live at 6pm, We will break down the Cease and Desist Letter we just received from Brian P. Jackson and the City Clerks office, claiming that our use of "Our" City of Lansing logo on our flyer was a violation of City Council resolution #617!

I don't know about you, but I think threatening us for exercising our 1st amendment rights, while using something we own, could be a problem for them! Take a look at the organizational structure pictured below, they, and most of you keep forgetting we own everything in this city! #FuckitLetsFight

*Check the comments for a little history on Ann Arbor trying to do this same thing, and how that turned out!



 Like         Comment         Share



 Write a comment...