UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CITY OF LANSING,

        Plaintiff,

v.

MERICA MEDIA GROUP,
MICHAEL LYNN,
ERICA LYNN.

        Defendants.

Case No. 1:23-cv-01164

Hon. Paul L. Maloney

---

| | |
|---|---|
| James D. Smiertka (P20608)<br>F. Joseph Abood (P42307)<br>Amanda K. O'Boyle (P81925)<br>Matthew D. Staples (P84571)<br>*Attorneys for Defendants City of Lansing,*<br>*Sagar Kandel, Jameil Bakri, Stephanie*<br>*Kennedy, Aaron Bush, and Christie Chiles*<br>124 W. Michigan Ave., 5th Floor<br>Lansing, MI 48933<br>(517) 483-4320<br>CityAtty@lansingmi.gov | Elizabeth K. Abdnour (P78203)<br>Abdnour Weiker LLP<br>*Attorney for Defendants*<br>500 E. Michigan Ave., Ste 130<br>Lansing, MI 48912<br>(517) 994-1776<br>Liz@education-rights.com |

**CERTIFICATE OF CONCURRANCE FOR PLAINTIFF'S MOTION TO REMAND**

      Plaintiff, City of Lansing, has sought concurrence in the relief requested in Plaintiff's Motion to Remand as follows:

1. Counsel for Plaintiff sought concurrence from Defense Counsel via email to liz@education-rights.com.

2. Defendants' Counsel indicated she did not concur with the Motion.

3. Counsel for Defendants certify that the above effort constitutes an attempt at compliance with W.D. LCivR. 7.1(d).

2

                                                           Respectfully submitted,

Dated: <u>November 15, 2023</u>                By:<u>/s/Matthew D. Staples</u>
                                                           Matthew D. Staples (P84571)
                                                           *Attorney for Plaintiff*
                                                           124 W. Michigan Ave., 5th Floor
                                                           Lansing, MI 48933
                                                           (517) 483-4320