UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CITY OF LANSING,

            Plaintiff,

v.

MERICA MEDIA GROUP,
MICHAEL LYNN,
ERICA LYNN.

            Defendants.

Case No. 1:23-cv-01164

Hon. Paul L. Maloney

---

| | |
|---|---|
| James D. Smiertka (P20608)<br>F. Joseph Abood (P42307)<br>Amanda K. O'Boyle (P81925)<br>Matthew D. Staples (P84571)<br>*Attorneys for Defendants City of Lansing,*<br>*Sagar Kandel, Jameil Bakri, Stephanie*<br>*Kennedy, Aaron Bush, and Christie Chiles*<br>124 W. Michigan Ave., 5th Floor<br>Lansing, MI 48933<br>(517) 483-4320<br>CityAtty@lansingmi.gov | Elizabeth K. Abdnour (P78203)<br>Abdnour Weiker LLP<br>*Attorney for Defendants*<br>500 E. Michigan Ave., Ste 130<br>Lansing, MI 48912<br>(517) 994-1776<br>Liz@education-rights.com |

## CERTIFICATE OF COMPLIANCE

Matthew D. Staples, counsel for Plaintiff, hereby certifies that the Plaintiff's Brief in support of Plaintiff's Motion to Remand contains 2,273 words, using Microsoft Office 365, in compliance with W.D. LCivR 7.2(b)(i).

                                                                                            Respectfully submitted,

Dated: November 15, 2023                        By:/s/Matthew D. Staples
                                                                       Matthew D. Staples (P84571)
                                                                       *Attorneys for Defendants City of Lansing,*
                                                                       *Sagar Kandel, Jameil Bakri, Stephanie*
                                                                       *Kennedy, Aaron Bush, and Christie Chiles*
                                                                       124 W. Michigan Ave., 5th Floor
                                                                       Lansing, MI 48933
                                                                       (517) 483-4320