

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

November 17, 2023

Ingham County Circuit Court
30th Circuit Court Annex
426 S. Walnut St.
Lansing, MI  48933

    Re: Lansing, City of v. Merica Media Group, et al
       Our Case No. 1:23-cv-1164-PLM-PJG
       Your Case No. 23-00732-CZ

Dear Court Personnel:

Pursuant to the enclosed Order of Remand to your Court filed November 16, 2023, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

                Sincerely,

                CLERK OF COURT

                /s/ slk

                By: Deputy Clerk

Enclosures