

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

FILED - MQ
December 12, 2023 10:06 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc SCANNED BY:

| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 202 W. Washington St. |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | P.O. Box 698 |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

November 17, 2023

Ingham County Circuit Court
30th Circuit Court Annex
426 S. Walnut St.
Lansing, MI  48933

    Re: Lansing, City of v. Merica Media Group, et al
        Our Case No. 1:23-cv-1164-PLM-PJG
        Your Case No. 23-00732-CZ

Dear Court Personnel:

Pursuant to the enclosed Order of Remand to your Court filed November 16, 2023, we are herewith sending certified copies of our order of remand and docket sheet.

The documents that make up the case file are available electronically through PACER. Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this remanded case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

                Sincerely,

                CLERK OF COURT

                /s/ slk

                By: Deputy Clerk

Enclosures

REC'D - 30th CIRCUIT COURT

DEC 0 6 2023
BY: _____
      Deputy Clerk

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

GRAND RAPIDS MI 493
8 DEC 2023 PM 1 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

**OFFICE OF THE CLERK**
**US DISTRICT COURT**
**THE FEDERAL BUILDING**
**PO BOX 698**
**MARQUETTE MI 49855**

49855-9998